IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00015-RPM-MJW

ELIZABETH LUCHANSKY,

    Plaintiff,

v.

ACCOUNT BROKERS OF LARIMER COUNTY,

    Defendant.
_____

### ORDER FOR DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss with Prejudice [14], it is

ORDERED that this action is dismissed prejudice, each party to pay their own costs and attorney fees.  Any remaining deadlines are vacated.

DATED:  March 21st, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge